Andrea Banks, CSBN 275286
Law office of Andrea Banks, LLC
1819 SW 5th Avenue, # 281
Portland, OR 97201
Tel: 971-351-6036
Fax: 971-351-9550
Andrea@BanksDisabilityLaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SILVIA ROMERO PULIDO,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil No. 2:26-cv-00208-JDP

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF**

    The parties stipulate through counsel that Plaintiff shall have an extension of time to file her opening brief in this case.  In support of this request, Plaintiff respectfully states as follows:

    1.    Plaintiff's opening brief is currently due on April 29, 2026.  This is Plaintiff's first extension request of this deadline.

    2.    Counsel for Plaintiff currently has six briefs and replies due in multiple jurisdictions over the next 28 days. Counsel for Plaintiff has been dealing with a family health issue, which has resulted in unexpected time away from the office and lowered productivity. That health issue now requires surgery next week for Counsel's family member, which will require Counsel for Plaintiff to be out of the office further.

3. In order to have sufficient time to properly review the administrative record in this matter and draft a comprehensive brief of the legal errors, Counsel for Plaintiff requires additional time to prepare her brief.

4. Given the above, Plaintiff requests an extension of 45 days to file her opening brief.

5. Counsel for the Plaintiff has consulted with Defendant's counsel who advised that they have no objections.

6. This request is made in good faith and is not intended to delay the proceedings in this matter. Counsel for Plaintiff will endeavor to file the opening brief prior to this extended deadline, if possible.

7. The new briefing schedule would be as follows: June 13, 2026 - Plaintiff's brief due; July 13, 2026 – Defendant's brief due; July 27, 2026 – Plaintiff's reply due.

WHEREFORE, Plaintiff requests until June 13, 2026, to file her opening brief in this matter.

Respectfully submitted,

Date: _April 29, 2026_          By:     _/s/ Andrea Banks__
                                         ANDREA BANKS
                                         Attorney for Plaintiff


Date: _April 29, 2026_          By:     _/s/ Oscar Gonzalez de Llano*_
                                         OSCAR GONZALEZ de LLANO
                                         Special Assistant United States Attorney
                                         Attorney for Defendant
                                         (*as authorized by email)

[PROPOSED] ORDER

Plaintiff's request for an extension of time is APPROVED AND SO ORDERED.

IT IS SO ORDERED.

Dated:    April 29, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE