ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
     Social Security Administration
     Program Litigation 1
     Law & Policy
     6401 Security Boulevard
     Baltimore, MD 21235
     Telephone: (510) 970-4818
     Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA ROMERO PULIDO,<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 2:26-cv-00208-JDP<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Defendant respectfully moves for an extension of thirty-two (32) days to respond to Plaintiff's Motion for Summary Judgment in this case, from the current due date of July 9, 2026 to the new date of August 10, 2026.  Plaintiff's counsel was contacted and indicated their willingness to stipulate to this extension request. This is Defendant's first request for an extension in this case and is based on the following.

Good cause exists for this request.  Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its response given competing workload requirements.  Counsel was out of June 17 through June 22,

Stipulated Motion for Extension of Time

1

2006 and will also be out of the office various days over the next couple weeks (July 1, 2026, July 8, 2026 through July 10, 2026).  An extension until August 10, 2026 will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment.  The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay.  All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATE: June 30, 2026                  By:    *s/ Oscar Gonzalez de Llano*
                                            OSCAR GONZALEZ DE LLANO
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant

Respectfully submitted,

DATE: June 30, 2026                  By:    *s/ Andrea Banks*
                                            ANDREA BANKS
                                            Law Office of Andrea Banks, LLC
                                            Attorney for Plaintiff
                                            (*as authorized by email)

<u>ORDER</u>

    Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 10, 2026, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:    July 6, 2026            _____
                                 JEREMY D. PETERSON
                                 UNITED STATES MAGISTRATE JUDGE